UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                        :       **SUPERSEDING**
                                          **INFORMATION**

CAMERON DOUGLAS and                :       S1 09 Cr. 1082
KELLY SOTT,
                                   :
            Defendants.
- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/09

<u>COUNT ONE</u>

The United States Attorney charges:

    1.    From at least in or about August 2006 up to and including in or about August 2009, in the Southern District of New York and elsewhere, CAMERON DOUGLAS and KELLY SOTT, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that CAMERON DOUGLAS and KELLY SOTT, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

    3.    The controlled substance involved in the offense was 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in a form commonly known as "crystal meth," in violation of 21 U.S.C. Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

             _____
             PREET BHARARA
             United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**CAMERON DOUGLAS and
KELLY SOTT,**

Defendants.

### SUPERSEDING INFORMATION

S1 09 Cr. 1082

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A), 841(b)(1)(C), 846, and
18 U.S.C. § 812.)

<u>PREET BHARARA</u>
United States Attorney.

## CRIMINAL MEMORANDUM TO DOCKET CLERK

Before the Honorable Richard M. Berman
United States District Judge

------------------------------------------------------------X

UNITED STATES OF AMERICA,  S 1 09 CR 1082 (RMB)

          Government,

    -against-

KELLY SOTT,
CAMERON DOUGLAS,
          Defendant(s).

------------------------------------------------------------X

11/19/09    AUSA Jeffrey Brown present;
           AUSA Aimee Hector present;
           Defendant Kelly Sott present with attorney Jason Yang for Steven Kartagener;
           Defendant Cameron Douglas present with attorneys Nick DeFeis and Dan Gitner;
           Court Reporter Joanne Mancari present;
           conference held;
           superseding information filed;
           defendants waive indictment and sign waiver of indictment forms;
           defendants arraigned;
           defendants waive a public reading and enter pleas of NOT GUILTY;
           next conference is scheduled for 12/23/09 at 10:00 am;
           speedy trial time is excluded from 11/19/09 until 12/23/09 for the reasons set forth in the record pursuant to 18 USC 3161(h)(7)(A) and (B).

                                          Berman, J.