Vancouver BC
CANADA



April 8, 2010



Judge Richard Berman
US District Court
300 Quarropos Street
White Plains New York NY  10601-4150  USA

Dear Judge Berman:

**SUBJECT:   Drug dealer Cameron Douglas/Zeta-Jones and Michael
Douglas request for leniency**

Thank you for your decision to send drug dealer, Cameron Douglas to jail for ten years.  Canadians respect your decision.

The Douglas family do not deserve special treatment.  They had thirty years to show Cameron the clean way to live.  He has ruined the lives of countless people by selling drugs.

Yours truly,


A 65 year old grandmother in Vancouver BC