| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.  **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

EDUARDO ESCALERA, et al.  **09 Cr. 1082**

Defendants.

TO:     Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                 Respectfully submitted,

                 PREET BHARARA
                 United States Attorney for the
                 Southern District of New York

         by:         _____s/s_____
                    TIMOTHY D. SINI
                    Assistant United States Attorney
                    (212) 637- 2358