UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :      INFORMATION
                                 :
         - v. -                  :      S5 09 Cr. 1082 (RMB)
                                 :
CAMERON DOUGLAS,                 :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about May 2011, up to and including on or about October 16, 2011, in the Southern District of New York and elsewhere, CAMERON DOUGLAS, the defendant, an inmate at a federal prison, willfully and knowingly made, possessed, and obtained, and attempted to make and obtain, a prohibited object, to wit: (i) a narcotic drug, in violation of Title 18, United States Code, Section 1791(b)(1) and (d)(1)(c), and (ii) a Schedule III controlled substance, in violation of Title 18, United States Code, Section 1791(b)(3) and (d)(1)(B).

(Title 18, United States Code, Sections 1791(a)(2) and (b)(1).)

*Preet Bharara* (signature)

PREET BHARARA
United States Attorney