UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                      :

UNITED STATES OF AMERICA         WAIVER OF INDICTMENT

       - v. -                  S5 09 Cr. 1082 (RMB)

CAMERON DOUGLAS,

       Defendant.

- - - - - - - - - - - - - - - - - x

       CAMERON DOUGLAS, the defendant, who is accused of violating Title 18, United States Code, Sections 1791(a)(2) and (b)(1), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    X _____
                                         Defendant

                                         _____
                                         Witness

                                         _____
                                         Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED OCT 2 0 2011

Date:   New York, New York
       October 19, 2011
       20