UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        -against-

CAMERON DOUGLAS,

                        Defendant.
-------------------------------------------------------------X

## ORDER

09 CR. 1082 (RMB)

      The Court applauds and fully supports Cameron Douglas' hard work in establishing sobriety. Becoming clean and sober and meaningfully addressing long term mental health issues are primary objectives of supervised release -- along with the acknowledgment that it may often be the work of one's lifetime.

      While helpful, the proffered support letters of Cameron's defense counsel and a treating physician are inadequate. Most respectfully to Cameron, his family, and his lawyers and therapists, their requests -- based upon my experience with Cameron and many other defendants under supervision -- do not adequately delve into the specifics of his progress. Nor do they persuasively take into account Cameron's severe addictions and therapeutic needs throughout his life. The modest and prudent conditions of testing, counseling, and community service throughout the term of supervised release, among others, are common and are often required of persons with (even) less severe co-occurring issues of criminal behavior, family dysfunction, addiction, and mental illness. The submissions of counsel and his treating psychiatrist are superficial. They do not provide adequate support for modifying supervision at this time or for the idea presented by Cameron's counsel that: "Mr. Douglas needs the flexibility to pursue his

- 1 -

profession, and that flexibility does not exist under the current treatment and drug testing regimen." In fact, the proposed reasons for modification appear to be somewhat at odds with an even more recent supervised release application for Cameron to travel on a month long vacation to Spain.[1]

Prior to making any final determinations, the Court would like the Government and the U.S. Probation Department, separately, to make detailed written submissions by June 20, 2020, responding to each of the proposed supervised release term modifications **and** describing Cameron's compliance with all of the current terms of supervised release, including, without limitation, work, drug and mental health counseling, testing, and community service.

Dated: New York, New York
June 11, 2010

*RMB*

_____
RICHARD M. BERMAN, U.S.D.J.

---

[1] "Mr. Douglas will depart with his partner Vivian Thibes, his daughter Lua, and [] travel together with his father, step-mother and siblings via private transportation provided by his father… [The] family will depart and travel together to Majorca on or about June 30, 2020 and remain together at the family property in Majorca until July 30, 2020." Benjamin Brafman, Esq. Letter to Court dated June 10, 2020, at 1 [#311].