UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                          **ORDER**

       -against-                                                    09 **CR.** 1082 (RMB)

CAMERON DOUGLAS,

                             Defendant.
------------------------------------------------------------X

The Court will conduct a supervised release telehearing on Thursday, June 25, 2020 at 12:30 pm (EST). The dial in information is as follows: 1-877-336-1829; access code 6265989; security code 1082.

The Court wishes to hear directly from, among others, USPO SDNY Noah Joseph; USPOS CDCA Randy Orlow; Dr. Kelly Woyewodzic; and Cameron Douglas.

Dated: New York, New York
            June 22, 2020

                                            _____
                                              **RICHARD M. BERMAN, U.S.D.J.**