- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    **ORDER**

              -against-

                                                    09 **CR.** 1082 (RMB)

CAMERON DOUGLAS,

                        Defendant.
-------------------------------------------------------------X

       The supervised release hearing scheduled for Thursday, June 25, 2020 at 12:30 pm (EST) will be held by video conference. Counsel, Probation, and Mr. Douglas will receive a link for video participation.

       Members of the public and the press can access the hearing by dialing: +1 917-933-2166, and entering the Conference ID: 836953676.

Dated: New York, New York
          June 23, 2020

                                                    _____
                                                  **RICHARD M. BERMAN, U.S.D.J.**