**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                   Government,

                                    09 CR. 1082 (RMB)

    -against-

                                    **ORDER**

CAMERON DOUGLAS,
                   Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Wednesday, September 23, 2020 at 12:30 PM is hereby rescheduled to 12:00 PM on the same date. The conference will be held by video via Skype for Business.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial In Number: +1 917-933-2166
      Conference ID: 670025987

Dated: September 22, 2020
      New York, NY

                               *Richard M. Berman*
                           _____
                               RICHARD M. BERMAN
                                  U.S.D.J.