**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

CAMERON DOUGLAS,
               Defendant.
------------------------------------------------------------X

09 CR. 1082 (RMB)

**ORDER**

      The status conference previously scheduled for Wednesday, September 23, 2020 at 12:00 PM is hereby rescheduled to Tuesday, October 13, 2020 at 10:00 AM.

Dated: September 23, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.