# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

February 24, 2021

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

### RE: UNITED STATES v. CAMERON DOUGLAS
### 1:09-cr-01082-RMB

Dear Judge Berman:

    We respectfully request that the Court terminate Mr. Douglas from supervised release. At this time, we have not been able to discuss this request with Mr. Douglas's Probation Officer in the Southern District of New York, Officer Noah Joseph or the government.

    Mr. Douglas started his supervised release on March 17, 2017. Soon thereafter Officer Joseph reported to this Court that Mr. Douglas tested positive for marijuana. Since that first reported misstep, Mr. Douglas has, as Dr. Woyewodzic wrote on September 22, 2020, "utilize[ed] and implement[ed] all resources available to him to develop a full and healthy life," and he is ready to lead that life without the supervision of the Court and probation.

    In late 2017 this Court granted Mr. Douglas's request to relocate to Los Angeles, CA. Mr. Douglas understood the decision by this Court permitting him to relocate as an important opportunity to prove himself worthy of the Court's faith and trust. He undertook the difficult work required to remain sober, to be a great parent and partner, to grow emotionally, and to be a productive community member. Mr. Douglas participated in meaningful group therapy with Sean McFarland, individual therapy with Dr. Woyewodzic and attended N/A meetings ritualistically for two years and only then reduced his

BRAFMAN & ASSOCIATES, P.C.

treatment schedule. He became a father to Lua, wrote an autobiography, spent important meaningful time with his grandfather, rebuilt his relationships with his family and became a father to Ryder.

Mr. Douglas's relocation to Los Angeles was the first in a series of transitions that presented him with stressors that might have triggered a relapse and loss of sobriety. Once in Los Angeles he needed to find a place to live; he needed to prepare that home for a child; he needed to travel all over Los Angeles to reach his treatment providers; he needed to learn to be a parent; he needed to be a good partner; he needed to pursue his professional ambitions and confront setbacks during that pursuit; he mourned the loss of his beloved grandfather; he endured the hardships and witnessed the sorrow inflicted by a worldwide pandemic. Not one of these challenges provoked a relapse because Mr. Douglas uses the "resources available to him" and those resources work.

Mr. Douglas has also completed well over the 88 hours of additional community service Ordered by this Court on June 29, 2020 (Doc. No. 321). What is more telling about Mr. Douglas's personal growth is that separate from any court imposed requirements, he contributes his time and resources to the community. In one instance, he is publicizing the need to aide food insecure individuals during these turbulent times, thereby raising funds for the L.A. Mission. In addition, he is participating in a movement called Movember which offers guidance on men's health issues as well as parenting support and tips for fathers. (Exhibit 1).

Continued supervision is not required to keep Mr. Douglas sober and law abiding. He has achieved the goals of rehabilitation that supervised release is designed to support, and he has the internal motivation needed to continue his success. As Dr. Woyewodzic wrote at the end of his September 22, 2020 letter, Mr. Douglas's own commitment to his values will determine his success going forward. He has the tools to maintain sobriety and to be a person who "attends to what he values in himself and his life," and he is ready for the life ahead.

We thank the Court for its consideration and courtesy in this and all other matters. Should the Court have any questions or concerns, we stand ready to assist.

Respectfully submitted,

*Benjamin Brafman*
Benjamin Brafman
Andrea Zellan

cc:   AUSA Jessica Greenwood (via ECF)
      Officer Noah Joseph (via ECF)
      Officer Randy Orlow (via ECF)