# EXHIBIT 1



**cameron**
Los Angeles/Hollywood California



**cameron** As a dad of two vibrant children, including a newborn, focusing on Fatherhood has to be a top priority. It's helpful to know fellow fathers are there for each other. Movember's latest resource for men, #FamilyMan, is a useful way for dads to pick up quick tips and some expert parenting advice. Check out family.movember.com to learn more. @movember





cameron
Los Angeles/Hollywood California



cameron Now let's take the #nextstep and #help those that really need it @thelamission 🥀

 cameron



**cameron** f you've paid your debt to society YOU CAN VOTE 🗳 Even if your still under supervised release. Let your voice be heard...Make a difference!
(Check the link in my story to find out how.)
#CLAIMYOURRIGHT
I know

 cameron



**cameron** A special night, raising money for an important cause. You can help too @thelamission #skidrow #helpingothers 🙏

 cameron



**cameron** Maintaining both physical and mental health have been integral parts of my journey. With mental health awareness as the theme of #Movember this year, it's a vital time to bring men's mental health to the forefront. Grow a MO, save a Bro. Find out more at movember.com #Movember2020 #menshealth

**cameron** 



**cameron** During the Holiday Season when you are warm, cozy, and surrounded by loved ones; let's give a thought to the less fortunate and reach out a helping hand @http://LAonaMission.org #bethechange 🤍

(https://us.movember.com/?home)     LOG IN (HTTPS://US.MOVEMBER.COM/LOGIN)     SIGN UP(HTTPS://US.MOVEMBER.COM/REGISTER)     DONATE

SUPPORT US    ABOUT US    STORIES





IMAGE BY: CAMERON DOUGLAS                              THREE GENERATIONS OF DOUGLAS MEN

19TH NOVEMBER 2020

## HOW THE "LONG WAY HOME" LED ME RIGHT BACK TO WHERE I WAS SUPPOSED TO BE.

Cameron Douglas

3 minutes read time

I used to think I was not put together properly. I thought I didn't have certain characteristics that were necessary for success, but now I know that isn't true. You've got to give people a chance to change and grow into the best person they can be.

I've been through some pretty dark times, which has included addiction and prison. But I try to look at every obstacle and realize these are the lessons we grow and learn from. In reality, it's the tough times that truly build character.

I spent 29 years of my life finding out who I was and how I like to express myself. Then I spent the better part of eight years trying to find myself in prison and evolving at the same time still trying to figure out all those same things about myself.

When I came home, I certainly wasn't the same man I was when I went in. There was definitely a long period of awkwardness where I found it difficult to find my stride. But I feel like I've done a lot of hard work and put myself in a position to live a fulfilling, purposeful life.

I became a dad in 2017 and my daughter has been my biggest teacher since I've been home. She's taught me a lot about myself and continues to help me grow as a human being. Becoming a parent has also balanced the playing field between my parents and me. I now understand what they were going through and sympathize with them, so I think that's been nice for all of us.

Growing up in the Douglas family, you sort of intrinsically have this urge to shine and that can manifest itself positively or negatively. I come from a family of artists and a family who likes to work hard and succeed in their work. I think I benefited from a strong work ethic and discipline that I didn't realize I had until later on in life. But I believe it's embedded in our DNA.

For me routine is very important. Meditation is something I practice every day. I exercise to keep my body fit and healthy and then I have my work. Staying inspired and being able to sink my teeth into a project and work toward a goal professionally is key. These things combined with healthy relationships are the cornerstones of my well-being.

Life is a process of evolution. That's not to say one can't digress, but I think for the most part, we're growing as a result of our experiences. One is not the same person today that they were 10 years ago. And the person you were 10 years ago is not the same person you were 10 years before that. If somebody's been struggling for years with addiction, or any other affliction for that matter, they can make changes and hopefully they will.

I see a therapist on a regular basis and that's been extremely helpful. Therapy was something that was offered to me many times as a youth and teenager and I always turned my back on it. I feel like had I utilized therapy more often, or at all, I would've been able to avoid some of the struggles that I ended up having to go through. Therapy is an important part of my health and I think it can be very beneficial whether you're struggling, or not.

Some of us take The Long Way Home. Each of our journeys are different. But life is an adventure. I was fortunate enough to spend a lot of time with my grandfather for three years before he passed. I endeavor to live every day with him in mind and I stay working to be somebody that I know he would be proud of. The trajectory my life is on right now is inspiring to me. I am excited to see what happens next.

REAL STORIES (/STORY?TAG=REAL-STORIES)

### Related stories > (/story?tag=real-stories)



17TH FEBRUARY 2021     (/story/HalStern)

Hal Stern: Make Our Own Luck

Hal Stern



14TH JANUARY 2021     (/story/seeking-support-in-isolation)

Seeking support i...
Darren Viegas



8TH DECEMBER 2020     (/story/jaimegarcia)

Jaime Garcia on becoming a mentor...

Jaime Garcia