**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        09 CR. 1082 (RMB)
  -against-

                                                        **ORDER**

CAMERON DOUGLAS,
                Defendant.
------------------------------------------------------------X

      Based upon the factors of 18 U.S.C. § 3553(a) and the record herein, and specifically the hearings held on October 13, 2020 and February 25, 2021, and the testimony and court exhibits in those hearings reflecting Cameron Douglas' early and successful completion of the terms and conditions of his supervised release, the Court finds that an early termination of supervised release effective today, February 25, 2021, is warranted and deserved. The Court further finds that all of Mr. Douglas' supervised release obligations, including community service, are satisfied and hereby terminated.

      See transcripts of proceedings held on October 13, 2020 and February 25, 2021 for a complete record.

Dated: February 25, 2021
       New York, NY

                                                        _____
                                                            RICHARD M. BERMAN
                                                                  U.S.D.J.

## Certificate of Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Cameron Douglas' supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Douglas' further supervised release obligations.

Congratulations for a job well done.

*Richard M. Berman*
Richard M. Berman
U.S. District Judge

February 25, 2021